**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2286

MARVIN DALTON, d/b/a Dalton Enterprises,
Incorporated,

                                     Plaintiff - Appellant,

          versus

AVIS RENT A CAR SYSTEM, INC.,

                                      Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham. William L. Osteen, District
Judge. (CA-03-535-1)

Submitted: March 30, 2005           Decided: May 19, 2005

Before LUTTIG, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Romallus O. Murphy, Greensboro, North Carolina, for Appellant.
Mack Sperling, Elizabeth V. LaFollette, BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, L.L.P., Greensboro, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marvin Dalton appeals the district court's order granting summary judgment to Defendant in this action alleging race discrimination in violation of 42 U.S.C. § 1981 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dalton v. Avis Rent A Car System, Inc., No. CA-03-535-1 (M.D.N.C. Sept. 2, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED